# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128694

NORTH POINTE INSURANCE COMPANY,
      Plaintiff/Counter-
      Defendant/Appellee,

v

EMANUEL STEWARD and EMANUEL
STEWARD ENTERPRISES, INC.,
      Defendants/Counter-
      Plaintiffs/Appellants,

and

DWAYNE J. ROBINSON,
      Defendant.
_____/

SC: 128694
COA: 240125
Wayne CC: 99-901524-CK

      On order of the Court, the application for leave to appeal the April 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

d0221

_____
Clerk